**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

September 29, 2017

Patrick Quinn Hall, Esq.
LAW OFFICES OF PATRICK Q. HALL
Suite 601
1350 Columbia Street
San Diego, CA 92101

Christopher Karl Kowalczuk
P. O. Box 11971
Roanoke, VA 24022-1971

      No. 17-4399, US v. Sitesh Bansi Patel
             1:16-cr-00034-JPJ-PMS-1

Dear Mr. Hall and Mr. Kowalczuk:

    The court has received appearances of counsel from Paul Beers and Emma Kozlowski of Glenn, Feldmann, Darby & Goodlatte in this appeal. The court considers Mr. Beers and Ms. Kozlowski as counsel of record. Please advise the court as to your representation status of the appellant.

                                        Sincerely,

                                        /s/ Donna Lett
                                        Deputy Clerk

cc:    Steven Ramseyer
         Paul Beers
         Emma Kozlowski